# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| JUSTIN PERKEY, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>HOUSTON WIRE & CABLE COMPANY, )<br>G. GARY YETMAN, JAMES L. POKLUDA )<br>III, ROY W. HALEY, MARGARET S. )<br>LAIRD, WILLIAM H. SHEFFIELD, )<br>SANDFORD W. ROTHE, and DAVID )<br>NIERENBERG )<br>)<br>    Defendants. ) | Case No. 1:21-cv-00589-RGA |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: July 29, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
    Seth D. Rigrodsky (#3147)
    Gina M. Serra (#5387)
    Herbert W. Mondros (#3308)
    300 Delaware Avenue, Suite 210
    Wilmington, DE 19801
    Telephone: (302) 295-5310
    Facsimile: (302) 654-7530
    Email: sdr@rl-legal.com
    Email: gms@rl-legal.com
    Email: hwm@rl-legal.com

*Attorneys for Plaintiff*